# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

## No. 201700209

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## LAVARIOUS D. ANDERSON
Private (E-1), U.S. Marine Corps
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Michael D. Libretto, USMC.
Convening Authority: Commanding Officer, MAG 31, 2d Marine Aircraft Wing, Beaufort, SC.
Staff Judge Advocate's Recommendation: Colonel John M. Henry, USMC.
For Appellant: Captain Scott F. Hallauer, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 5 October 2017

———————————

Before MARKS, JONES, and MILLER, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court